AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pryor, Jr., William H. | United States Court of Appeals | 07/30/2012 |

**4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

Circuit Judge - Active

**5a. Report Type** (check appropriate type)

☐ Nomination, Date
☐ Initial  ☑ Annual  ☐ Final

**5b.** ☑ Amended Report

**6. Reporting Period**

01/01/2011
to
12/31/2011

**7. Chambers or Office Address**

1729 Fifth Avenue North
Suite 900
Birmingham, AL 35203

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Visiting Professor | University of Alabama School of Law |
| 2. | Board of Directors | Alabama Center for Law & Civic Education |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | University of Alabama School of Law | $10,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Wilson,Price,Barranco,Blankenship & Billingsley, P.C. |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Florida State University Law School | February 22-24, 2011 | Tallahassee, FL | Jurist in Residence | Transportation, Meals and Lodging |
| 2. | Vanderbilt Law School | April 21, 2011 | Nashville, TN | Habeas Book Panel Discussion | Transportation |
| 3. | The Federalist Society | September 20-21, 2011 | Atlanta, GA | Presentation to Lawyers' Chapter | Transportation, Meals and Lodging |
| 4. | Federalist Society | September 29 - October 2, 2011 | Gainesville, FL | Deliver Presentation at University of Florida | Transportation, Meals and Lodging |
| 5. | Federalist Society | October 27-30, 2011 | South Bend, IN | Deliver Presentation at Notre Dame Law School | Transportation, Meals and Lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Pryor, Jr., William H. | 07/30/2012 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | The Federalist Society | November 9-11, 2011 | Washington, DC | National Lawyers Convention | Transportation, Meals and Lodging |
| 7. | University of Alabama | August 18- December 1, 2011 | Tuscaloosa, AL | Teaching | Transportation |
| 8. | | | | | |
| 9. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 07/30/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 07/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | | | | | | | | | |
| 2. - TOCQUEVILLE GOLD FUND | A | Dividend | K | T | | | | | |
| 3. IRA #2 | | | | | | | | | |
| 4. - JANUS OVERSEAS | A | Dividend | J | T | Sold (part) | 12/22/11 | J | A | |
| 5. | | | | | Sold (part) | 04/09/11 | K | D | |
| 6. | | | | | Sold (part) | 07/07/11 | K | C | |
| 7. - FIDELITY SELECT MEDICAL DELIVERY | | None | J | T | Buy | 12/23/11 | J | | |
| 8. -FIDELITY OTC PORT | | None | J | T | Buy | 07/08/11 | L | | |
| 9. - FIDELITY SELECT NATURAL RESOURCES | A | Dividend | K | T | Buy | 04/20/11 | K | | |
| 10. -AMER CENTURY ZERO COUPON 2020 INVT CL | | None | | | Sold | 1/14/11 | K | A | |
| 11. -FIDELITY SMALL CAP DISCOVERY FUND | A | Dividend | K | T | Buy | 1/20/11 | K | | |
| 12. -PIMCO INCOME FD CL D | B | Dividend | K | T | | | | | |
| 13. IRA #3 | | | | | | | | | |
| 14. -FIDELITY REAL ESTATE INCOME | C | Dividend | K | T | | | | | |
| 15. IRA #4 | | | | | | | | | |
| 16. -MATTHEWS ASIA SCIENCE & TECHNOLOGY FUND | A | Dividend | K | T | | | | | |
| 17. -FIDELITY SELECT MATERIALS PORTFOLIO | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 07/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -T ROWE PRICE LATIN AMERICA FUND | A | Dividend | | | Sold (part) | 04/19/11 | J | C | |
| 19. | | | | | Sold (part) | 07/06/11 | J | D | |
| 20. | | | | | Sold | 07/26/11 | J | E | |
| 21.  -FIDELITY SELECT NATURAL RESOURCES | A | Dividend | K | T | Buy | 04/20/11 | K | | |
| 22.  -FIDELITY SELECT MEDICAL DELIVERY | | None | J | T | Buy | 07/27/11 | J | | |
| 23.  -FIDELITY SELECT LEISURE | A | Dividend | K | T | | | | | |
| 24.  -FIDELITY SELECT CHEMICALS | A | Dividend | K | T | Buy (add'l) | 07/07/11 | J | | |
| 25.  IRA #7 | | | | | | | | | |
| 26.  -T. ROWE PRICE LATIN AMERICA FUND | | None | | | Sold | 04/19/11 | J | D | |
| 27.  -RYDEX ENERGY INVESTOR CLASS | | None | J | T | Buy | 04/20/11 | K | | |
| 28.  -FIDELITY SELECT MATERIALS PORTFOLIO | A | Dividend | K | T | | | | | |
| 29.  BROKERAGE ACCT #1 | | | | | | | | | |
| 30.  -T. ROWE PRICE LATIN AMERICA FUND | A | Dividend | | | Sold (part) | 04/19/11 | K | C | |
| 31. | | | | | Sold (part) | 07/06/11 | J | B | |
| 32. | | | | | Sold | 12/28/11 | J | A | |
| 33.  -FIDELITY SELECT CHEMICALS | A | Dividend | | | Buy | 07/07/11 | K | | |
| 34. | | | | | Sold | 12/20/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 07/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -FIDELITY SELECT ENERGY SERVICE | | None | | | Buy | 04/20/11 | K | | |
| 36. | | | | | Sold | 12/20/11 | J | A | |
| 37. -FIDELITY NEW MARKETS INCOME | A | Dividend | J | T | Buy | 12/20/11 | J | | |
| 38. | | | | | Buy (add'l) | 12/29/11 | J | | |
| 39. -FIDELITY SELECT PHARMACEUTICAL | | None | J | T | Buy | 12/20/11 | J | | |
| 40. -FIDELITY SELECT LEISURE | A | Dividend | J | T | | | | | |
| 41. -MATTHEWS CHINA FUND | | None | J | T | | | | | |
| 42. BROKERAGE ACCT #2 | | | | | | | | | |
| 43. -MATTHEWS INDIA FUND | | None | | | Sold | 02/03/11 | K | A | |
| 44. -FIDELITY SMALL CAP DISCOVERY FUND | A | Dividend | J | T | Buy | 02/04/11 | J | | |
| 45. -BLACKROCK LATIN AMERICA FD CL C | | None | | | Sold | 04/21/11 | K | B | |
| 46. -CAMBIAR AGGRESSIVE VALUE INVESTOR | A | Dividend | J | T | Buy | 04/21/11 | K | | |
| 47. | | | | | Sold (part) | 09/08/11 | J | A | |
| 48. SECTION 401(K)/PROFIT SHARING PLAN #1 | | | | | | | | | |
| 49. -MATTHEWS CHINA FUND | C | Dividend | K | T | Sold (part) | 10/25/11 | K | A | |
| 50. -COHEN&STEERS REALTY SHARES | A | Dividend | K | T | Buy | 10/31/11 | K | | |
| 51. -MATTHEWS PACIFC TIGER FUND | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 07/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -FIDELITY SELECT TRANSPORT | C | Dividend | L | T | | | | | |
| 53. -FIDELITY SELECT ENERGY SERVICE | | None | J | T | Buy | 04/26/11 | J | | |
| 54. FIDELITY CASH RESERVES | A | Int./Div. | J | T | | | | | |
| 55. | | | | | | | | | |
| 56. COMPASS BANK- A/C #1 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 07/30/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 07/30/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William H. Pryor, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544